UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC *et al*.<br><br>Debtors | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered)<br><br>Judge Joan A. Lloyd |
| INSIGHT TERMINAL SOLUTIONS,<br>LLC, as the Reorganized Debtor,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>DEFENDANT. | Adv. Pro. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

### PLAINTIFF'S MOTION FOR SCHEDULING ORDER OR RELATED ALTERNATIVE RELIEF

Comes now the above-styled Plaintiff, Insight Terminal Solutions, LLC (the "Plaintiff"), by counsel, and hereby moves the Court to enter a scheduling order setting a deadline for the Plaintiff to respond to the Defendants' Motion to Dismiss, which is pending in this adversary proceeding and scheduled for hearing on July 11, 2024. As grounds for this motion, the Plaintiff has been operating under the belief that the Court would enter a scheduling order for the Moton to Dismiss that contains response and reply deadlines for the parties, which coincide with the rescheduled July 11, 2024 hearing date for the contested motion. To the extent the Court does not intend to implement this common practice of entering a scheduling order with deadlines for this motion, then the Plaintiff requests a response deadline of July 3, 2024.

Also, undersigned counsel is in communications with Defendant's counsel regarding the potential of the parties agreeing to a proposed consensual scheduling order containing such response and reply deadlines to present to the Court in the near future.

WHEREFORE, the Plaintiff requests the entry of a scheduling order for the motion to dismiss or to alternatively set a July 3, 2024 deadline for Plaintiff's response to the motion.

                                              Respectfully submitted,

                                              */s/ Andrew D. Stosberg*
                                              Andrew D. Stosberg
                                              GRAY ICE HIGDON, PLLC
                                              3939 Shelbyville Road, Suite 201
                                              Louisville, KY 40207
                                              Telephone: (502) 625-2734
                                              astosberg@grayice.com
                                              COUNSEL FOR THE PLAINTIFF

## **CERTIFICATE OF SERVICE**

It is hereby certified that on May 23, 2024 a true and correct copy of the foregoing was served electronically through the court's CM/ECF system to all parties having entered an appearance in this proceeding, including Defendant's counsel.

                                              */s/ Andrew D. Stosberg*
                                              COUNSEL FOR THE PLAINTIFF