- 1 -

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| | Adv. Proc. No. 24-03007-jal |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor, | Judge Joan A. Lloyd |
| Plaintiff, | |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

### DEFENDANT CITY OF OAKLAND'S OBJECTION TO PLAINTIFF'S MOTION FOR SCHEDULING ORDER OR RELATED ALTERNATIVE RELIEF

1. On May 1, 2024, Defendant filed a Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) to the Complaint [Adv. Doc. No. 25] (the "Motion to Dismiss") in the above referenced adversary. Two days later, this Court set the Motion to Dismiss for hearing on July 11, 2024 [Adv. Doc. No. 28].

2. In accordance to Joint Civil Local Rules of the Western and Eastern District of Kentucky (the "Joint Rules"), specifically Rule 7.1, applicable to this proceeding as indicated in the Western District Bankruptcy Local Rule 9029-1, Plaintiff's response to the Motion to Dismiss was due on May 22, 2024.

4879-9304-4152.6

3.  Plaintiff did not file a response to the Motion to Dismiss on May 22, 2024. Nor did Plaintiff request relief from this deadline from either Defendant or this Court prior to that deadline.

4.  Pursuant to Joint Rules 7-1, Plaintiff's failure to meet the required deadline is basis alone for this Court to grant Defendant's Motion. *See* Joint Rule 7-1.

5.  Nevertheless, on May 23, 2024, out of professional courtesy to counsel, the undersigned sent an email to Plaintiff's counsel noting that the missed deadline and requesting any responsive pleading be filed immediately. *See* **Exhibit A**.

6.  After the email correspondence from Defendant, counsel for the parties discussed potentially a briefing schedule relieving Plaintiff's failure to file and that would accommodate a short extension.

7.  Plaintiff filed its Plaintiff's Motion for Scheduling Order or Related Alternative Relief (the "Motion") prior to completing that meet and confer discussion. [Adv. Doc. No. 32.]

8.  In this Motion, Plaintiff requests more than an additional month to file a response to the Motion to Dismiss, to be filed on July 3, 2024 (only seven days prior to the hearing, including the July 4 holiday). Plaintiff provides *no time for Defendant to file a reply* – and certainly not the 14 days that the Joint Rule 7-1 provides for a Reply to this Motion to Dismiss. Additionally, Plaintiff's proposal also allows this Court little time to properly consider the briefing prior to the hearing. The justification offered for the missed deadline (that counsel believed this Court would offer a scheduling order) in no way explains the failure to comply with Joint Rules, Local Rules, or at a minimum, to contact counsel or this Court in advance of the impending deadline.

9.  The undersigned counsel continued to meet and confer notwithstanding the filing of the Motion. On behalf of Defendant, the undersigned again offered a compromise: a briefing schedule with June 5 for the over-due Opposition (two weeks following the missed deadline) and

June 26 for Defendant's reply (including an additional week for the reply, a fair compromise).  This schedule accommodates the Court's need to review the papers, the July 4 holiday, counsel's preexisting commitments, and provides sufficient time for all to complete these briefs.  By June 5, Plaintiff will have had Defendant's Motion to Dismiss for five weeks.

10. In addition, while Defendant has agreed to generously provide Plaintiff additional time, after the courtesy of putting them on notice of their missed deadline, Plaintiff has been unwilling to accommodate the undersigned counsel's conflicts.  As explained to Plaintiff, the undersigned will be in Switzerland during the times proposed by Plaintiff and will generally (hopefully) have some inability to access email and internet.

11. While Defendant has been more than agreeable to providing a short extension for the missed deadline, rather than standing on the right to enforce that deadline, it is not appropriate to use the proposed schedule to burden opposing counsel or prejudice Defendant.

12. Wherefore, Plaintiff's respectfully ask that this Court either fully deny the Motion, or in the alternative, permit Defendant a three-week extension from the missed deadline until June 12, 2024 to file its overdue response to the Motion to Dismiss, permit Plaintiff until June 28, 2024 to file a Reply, and maintain the current hearing date of July 11, 2024, of which the parties have been on notice since May 3, 2024, in place.

Dated:  May 24, 2024                By:  /s/ *April A. Wimberg*
                                         April A. Wimberg
                                         Ryne E. Tipton
                                         DENTONS BINGHAM GREENBAUM LLP
                                         3500 PNC Tower, 101 South Fifth Street
                                         Louisville, Kentucky 40202
                                         Phone:  (502) 587-3719
                                         Email:  april.wimberg@dentons.com
                                                 ryne.tipton@dentons.com

- 3 -

4879-9304-4152.6

Barbara Parker, City Attorney (SBN 69722)
Maria S. Bee, Chief Asst City Attorney (SBN 167716)
Jamilah Jefferson, Supervising Deputy City Attorney (SBN 219027)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone:   (510) 238-3601
Email:   bparker@oaklandcityattorney.org
         mbee@oaklandcityattorney.org
         jjefferson@oaklandcityattorney.org

Monique D. Jewett-Brewster (SBN 217792)
HOPKINS & CARLEY, ALC
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Phone:       (408) 286-9800
Facsimile:   (408) 998-4790
Email:  mjb@hopkinscarley.com

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

Attorneys for Defendant,
CITY OF OAKLAND

- 4 -

4879-9304-4152.6

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served electronically upon all parties in the electronic filing system in this Adversary Proceeding.

By: /s/ April A. Wimberg
     April A. Wimberg

4879-9304-4152.6