# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.* ) | CASE NO. 19-32231(1)(11) |
| ) | (Jointly Administered) |
| ) | |
| Debtors ) | |
| ) | |
| INSIGHT TERMINAL SOLUTIONS, LLC, ) | Adv. Proc. No. 24-03007 |
| as the Reorganized Debtor, ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF OAKLAND, ) | |
| ) | |
| Defendant(s) ) | |

## ORDER

This matter comes before the Court, *sua sponte*, following entry by this Court's Clerk's office on August 19, 2024, submitting the Motion to Dismiss Adversary Proceeding filed by Defendant City of Oakland.

A preliminary hearing on the above referenced motion was held on July 11, 2024, in conjunction with a hearing on motions filed by the City of Oakland and Sierra Club to vacate two orders granting Motions for 2004 Examinations of the City of Oakland and the Sierra Club filed by Debtor Insight Terminal Solution, LLC ("ITS"). The Court granted both of ITS' Motions for 2004 Examinations on August 26, 2024. On September 9 and 13, 2024, the City of Oakland and Sierra Club filed Motions to Reconsider the Order on the 2004 Examinations on August 26, 2024.

At the time of the hearing on July 11, 2024, the City of Oakland had only filed its Motion to Dismiss the Adversary Proceeding and ITS had only filed its Objection to the City of Oakland's Motion to Dismiss the Adversary Proceeding. Following this hearing, the Court entered a Scheduling Order allowing the City of Oakland to file a Reply Brief by August 9, 2024, and ITS an opportunity to file a Surreply Brief by August 16, 2024. The Order entered by the Court after the July 11, 2024 hearing stated that upon submission of the reply briefs the matter would be submitted for decision by the Court. However, at the hearing, both representatives for the City of Oakland and ITS requested a hearing before the Court for oral arguments after the parties filed their Reply and Surreply briefs on the matter.

The Court, therefore, will vacate the August 19, 2024, entry of record submitting this matter for decision. The parties will be contacted by the Court to schedule a hearing for oral arguments by the parties on the City of Oakland's Motion to Dismiss the Adversary Proceeding.

In light of the matters addressed in this Order, the Court will not schedule a hearing in the main case, Case No. 19-32231, on the City of Oakland and the Sierra Club's Motions for Reconsideration and Relief from Order Granting Rule 2004 Examination, pending a ruling on the above matters referenced in the Adversary Proceeding on the City of Oakland's Motion to Dismiss the Adversary Proceeding. These matters are stayed pending this Court's ruling in Adversary Proceeding No. 24-03007 on the City of Oakland's Motion to Dismiss Adversary Proceeding.