# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br><br>Insight Terminal<br>Solutions, LLC. v. City<br>of Oakland<br><br><br>Debtor(s) | Case No.:24−03007−jal<br><br><br>Chapter: 0<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of TELEPHONIC Hearing regarding Motion to Dismiss Adversary Proceeding . Filed by Defendant City of Oakland25 and the responses/replies/ surreplies filed thereto. Hearing scheduled for 10/16/2024 at 12:00 PM (Noon) Eastern time by TELEPHONE. . Parties to call in at 1−888−684−8852 and use the Access Code 3203814#. Parties are to use the prompt to bypass the security code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 9/18/24

By: KG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court