**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*, | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| | Adv. Proc. No. 24-03007-jal |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor, | Judge Joan A. Lloyd |
| Plaintiff, | **TO BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY** |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

**ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE AND TRANSFER VENUE**

**ORDER**

The Court has considered the full briefing on Defendant City of Oakland's Motion to Withdraw the Reference and Transfer Venue, all other matters of which the Court may take judicial notice, the arguments of counsel, and all other matters properly presented before the Court. Upon consideration thereof, for the reasons set forth in Defendant's moving papers, good cause having been shown, it is hereby:

ORDERED that the motion is granted. The reference of Adversary Proceeding No. 24-03007-jal to the Bankruptcy Court for the Western District of Kentucky is withdrawn pursuant to

28 U.S.C. § 157(d), and the adversary proceeding will be transferred to the Northern District of California pursuant to 28 U.S.C. § 1404(a).

IT SO ORDERED.

Date:_____  _____

Tendered by:

By: /s/ *April A. Wimberg*
    April A. Wimberg
    Ryne E. Tipton
    DENTONS BINGHAM GREENBAUM LLP
    3500 PNC Tower, 101 South Fifth Street
    Louisville, Kentucky 40202
    Phone: (502) 587-3719
    Email: april.wimberg@dentons.com
           ryne.tipton@dentons.com

    Barbara Parker, City Attorney (SBN 69722)
    Maria S. Bee, Chief Asst City Attorney (SBN 167716)
    Jamilah Jefferson, Supervising Deputy City Attorney (SBN 219027)
    THE CITY OF OAKLAND
    One Frank Ogawa Plaza, 6th Floor
    Oakland, California 94612
    Phone: (510) 238-3601
    Email: bparker@oaklandcityattorney.org
           mbee@oaklandcityattorney.org
           jjefferson@oaklandcityattorney.org

Monique D. Jewett-Brewster (SBN 217792)
HOPKINS & CARLEY, ALC
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Phone:	(408) 286-9800
Facsimile:	(408) 998-4790
Email:  mjb@hopkinscarley.com

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

Attorneys for Defendant,
CITY OF OAKLAND