**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT TERMINAL SOLUTIONS, LLC, *et al*., | Case No. 19-32231 |
| Debtors. | (Jointly Administered) |
| | Adv. Proc. No. 24-03007-jal |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor, | Judge Joan A. Lloyd |
| Plaintiff, | |
| v. | |
| CITY OF OAKLAND, | |
| Defendant. | |

**ORDER GRANTING MOTION FOR STAY OF ADVERSARY PROCEEDING PENDING RESOLUTION OF MOTION TO WITHDRAW THE REFERENCE AND TRANSFER VENUE**

The Court has considered the full briefing on Defendant City of Oakland's Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw the Reference and Transfer Venue, all other matters of which the Court may take judicial notice, the arguments of counsel, and all other matters properly presented before the Court. Upon consideration thereof, for the reasons set forth in Defendant's moving papers, good cause having been shown, it is hereby:

ORDERED that the motion is granted. This matter is stayed pending the outcome of the decision from United States District Court for the Western District of Kentucky on the City of Oakland's Motion to Withdraw the Reference and Transfer Venue (Adv. Dkt. 57).

4923-1896-0385.1

IT SO ORDERED.

Date:_____                                          _____

Tendered by:

By: /s/ *April A. Wimberg*
April A. Wimberg
Ryne E. Tipton
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Phone: (502) 587-3719
Email: april.wimberg@dentons.com
ryne.tipton@dentons.com

Barbara Parker, City Attorney (SBN 69722)
Maria S. Bee, Chief Asst City Attorney (SBN 167716)
Jamilah Jefferson, Supervising Deputy City Attorney (SBN 219027)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Phone: (510) 238-3601
Email: bparker@oaklandcityattorney.org
mbee@oaklandcityattorney.org
jjefferson@oaklandcityattorney.org

4923-1896-0385.1

Monique D. Jewett-Brewster (SBN 217792)
HOPKINS & CARLEY, ALC
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Phone: 		(408) 286-9800
Facsimile: 	(408) 998-4790
Email:  mjb@hopkinscarley.com

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Phone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

Attorneys for Defendant,
CITY OF OAKLAND

4923-1896-0385.1