# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal<br>Solutions, LLC. v. City<br>of Oakland<br><br>Debtor(s) | Case No.:24−03007−jal<br><br>Chapter: 0<br>Judge: Joan A. Lloyd |

# NOTICE OF HEARING

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing will be held in the above−referenced case as listed below to consider and act upon the matters listed below and transact other business as may properly come before the Court:

Notice of TELEPHONIC Hearing regarding Motion Stay Of Adversary Proceeding Pending Resolution Of Motion To Withdraw The Reference And Transfer Venue. Filed by Defendant City of Oakland 58. ANY OBJECTION TO THE MOTION HEREIN SHALL BE FILED WITH THE COURT NO LATER THAN SEVEN DAYS PRIOR TO THE DATE OF HEARING. Hearing scheduled for 1/28/2025 at 11:00 AM (EASTERN TIME) by TELEPHONE. Parties to call in at 1−855−244−8681 and use the Access Code 2315 920 2882#. Parties are to use the prompt to bypass the access code. Parties are directed to put their call on mute until their case is called.. cc: parties of record (KG)

PLEASE TAKE ADDITIONAL NOTICE that should a continuance of the hearing be necessary for good cause shown, the movant shall request the continuance in writing, with notice to all parties in interest, no later than seven (7) days prior to the scheduled hearing.

Dated: 12/2/24

By: KG  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court