UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC *et al.*<br><br>Debtors | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered) |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor,<br><br>    PLAINTIFF,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    DEFENDANT. | Adv. Pro. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |

**DECLARATION OF BARRY W. LEE IN SUPPORT OF PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR STAY OF ADVERSARY PROCEEDING PENDING RESOLUTION OF MOTION TO WITHDRAW THE REFERENCE AND TRANSFER VENUE**

I, Barry W. Lee, declare as follows:

1.   I am an attorney admitted to practice law in California and a partner at the law firm of Manatt, Phelps & Phillips, LLP, counsel for Plaintiff Insight Terminal Solutions LLC ("Plaintiff"). Except as noted otherwise, I have personal knowledge of the facts herein and if called to testify, I could and would testify competently hereto.

2.   Following the November 21, 2024 entry of the Memorandum-Opinion and Order [Doc. 56], I sent an email to April A. Wimberg, Danielle Leonard and Jamilah Jefferson, each of whom I understand to be attorneys representing Defendant City of Oakland (the "City") in this

403568163.1
**Error! Unknown document property name.**

matter.  The email requested that the City respond to Plaintiff's Rule 2004 Examination of the City—which had been stayed pending resolution of the City's Motion to Dismiss the Complaint—asking that the City "identify the witness(es) who will appear for the Rule 2004 examination and his/her/their availability in December 2024 and January 2025." Initially, Ms. Leonard answered by saying that the City would respond after the Thanksgiving holiday. On December 2, 2024, I sent a follow up email to the City's legal team. On December 4, 2024, Ms. Leonard responded by saying that the City "declines your request to provide individuals for a Rule 2004 deposition" claiming that the City's pending motions stay any obligation for the City to appear for Rule 2004 examinations. A true and correct copy of the email chain between myself and legal counsel for the City is attached hereto as **EXHIBIT A**.

3.      On or about November 8, 2024, the City's financial management team released an Agenda Report ("Report") discussing the City's current financial problems and saying that "immediate action is necessary to maintain the solvency of the General Purpose Fund and avoid the Chapter 9 process."  A true and correct copy of the Report is attached hereto as **EXHIBIT B**. The Report contains a "City Administrator Approval" and is electronically signed by the City Administrator, Jestin Johnson. The Report does not identify itself as a "draft." According to a news story that I reviewed from The Oaklandside—a local publisher of Oakland, California news stories—the Report was subsequently replaced with another report that still calls for immediate attention to maintain solvency but does not reference bankruptcy—the City claimed that the original report referencing chapter 9 "was inadvertently and briefly published." *See* Eli Wolfe, *Oakland accidentally published a report saying the city could face bankruptcy*, THE OAKLANDSIDE, November 18, 2024, https://oaklandside.org/2024/11/ 18/oakland-accidentally-published-report-bankruptcy-2024/.

403568163.1
**Error! Unknown document property name.**

4.      I have recently reviewed a publication from S&P Global Ratings (S&P), stating that S&P was placing the City on a CreditWatch with potential negative impacts on the City's bond rating. A true and correct copy of the S&P publication is attached hereto as **<u>EXHIBIT C</u>**. I also recently reviewed a publication from Fitch Ratings downgrading the City's rating from AAA to AA with a negative rating outlook.  A true and correct copy of the Fitch Ratings publication is attached hereto as **<u>EXHIBIT D</u>**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2024 in San Francisco, California.

*/s/ Barry W. Lee*
Barry W. Lee
MANATT PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7450
bwlee@manatt.com
*COUNSEL FOR PLAINTIFF*
*INSIGHT TERMINAL SOLUTIONS, LLC*

403568163.1

**Error! Unknown document property name.**

# EXHIBIT A

403568163.1

**Error! Unknown document property name.**

| | |
|---|---|
| **From:** | Danielle Leonard <dleonard@altshulerberzon.com> |
| **Sent:** | Wednesday, December 4, 2024 7:57 AM |
| **To:** | Lee, Barry; Wimberg, April A.; Jefferson, Jamilah; mjb@lathropgpm.com; mjb@hopkinscarley.com |
| **Cc:** | Skyler Sanders; robert.hirsh@nortonrosefulbright.com; Andrew Stosberg |
| **Subject:** | RE: 24-03007-jal Memorandum/Order |

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Counsel-

The City has considered and declines your request to provide individuals for a Rule 2004 deposition in December. As you know, the City's position, as set forth in its pending motion for reconsideration of the Rule 2004 order, is that it was legal error to grant the discovery on multiple grounds, including that your client was seeking to bypass the scope and rules of discovery applicable to the pending adversary proceeding. On September 17, the Court stayed hearing and resolution of that motion for reconsideration pending resolution of the City's motion to dismiss the adversary proceeding. Having resolved the motion to dismiss, the City's motion for reconsideration is therefore pending again and awaits the court's resolution. In addition, as you are also aware, the City has moved the district court to withdraw the reference for the adversary matter to the bankruptcy court and transfer ITS's claims against the City to the Northern District of California, including because that court is the more appropriate court to oversee ITS's California tort claims against the City, and has also moved to stay proceedings in the adversary proceeding in the interim (which the court now has set for hearing in late January). The City will permit the courts to resolve these important pending motions before considering requests for discovery.

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Office: (415) 421-7151
dleonard@altber.com
Pronouns: she/her

ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Lee, Barry <BWLee@manatt.com>
**Sent:** Monday, December 2, 2024 4:47 PM
**To:** Danielle Leonard <dleonard@altshulerberzon.com>; Wimberg, April A. <april.wimberg@dentons.com>; Jefferson, Jamilah <jjefferson@oaklandcityattorney.org>; mjb@lathropgpm.com; mjb@hopkinscarley.com

**Cc:** Skyler Sanders, Esq. (SSanders@parsonsbehle.com) <SSanders@parsonsbehle.com>;
robert.hirsh@nortonrosefulbright.com; Andrew Stosberg <astosberg@grayice.com>; Lee, Barry <BWLee@manatt.com>
**Subject:** RE: 24-03007-jal Memorandum/Order

Counsel—Please identify the witness(es) who will be made available for the 2004 Examination
and his/her/their availability before Dec. 31, 2024.  Thank you.

**Barry W. Lee**
Partner

---

**Manatt, Phelps & Phillips,** LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
**D** (415) 291-7450 **F** (415) 291-7519
BWLee@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Danielle Leonard <dleonard@altshulerberzon.com>
**Sent:** Monday, November 25, 2024 10:23 PM
**To:** Lee, Barry <BWLee@manatt.com>; Wimberg, April A. <april.wimberg@dentons.com>; Jefferson, Jamilah <jjefferson@oaklandcityattorney.org>; mjb@lathropgpm.com
**Cc:** Skyler Sanders, Esq. (SSanders@parsonsbehle.com) <SSanders@parsonsbehle.com>; robert.hirsh@nortonrosefulbright.com; Andrew Stosberg <astosberg@grayice.com>
**Subject:** RE: 24-03007-jal Memorandum/Order

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

---

Counsel-
In light of travel schedules and the holiday, the City will respond to this request next week.

Danielle

Danielle Leonard
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108

Office: (415) 421-7151
dleonard@altber.com
Pronouns: she/her

## ALTSHULER BERZON LLP

*This email message and any attached documentation are for the sole use of the intended recipient(s) and may contain privileged or otherwise confidential information. If the reader or recipient of this communication is not the intended recipient or someone authorized to receive the message for the intended recipient, please notify the sender immediately by reply email or telephone, and delete the original communication and any attached documentation without copying or disclosing the contents. Any unauthorized review, use, copying, disclosure, or distribution of this communication and any attached documentation is strictly prohibited. Receipt by anyone other than the intended recipient is not a waiver of any attorney-client or work product privilege. Any advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, as tax advice. Issues regarding taxation or tax law should be referred to the intended recipient's tax advisor.*

**From:** Lee, Barry <BWLee@manatt.com>
**Sent:** Monday, November 25, 2024 6:14 AM
**To:** Wimberg, April A. <april.wimberg@dentons.com>; Danielle Leonard <dleonard@altshulerberzon.com>; Jefferson, Jamilah <jjefferson@oaklandcityattorney.org>; mjb@lathropgpm.com
**Cc:** Lee, Barry <BWLee@manatt.com>; Skyler Sanders, Esq. (SSanders@parsonsbehle.com) <SSanders@parsonsbehle.com>; robert.hirsh@nortonrosefulbright.com; Andrew Stosberg <astosberg@grayice.com>
**Subject:** RE: 24-03007-jal Memorandum/Order

Counsel—Now that the Court has denied the City of Oakland's Motion to Dismiss, please identify the witness(es) who will appear for the Rule 2004 examination and his/her/their availability in December 2024 and January 2025. Thank you.

**Barry W. Lee**
Partner

**Manatt, Phelps & Phillips,** LLP
One Embarcadero Center
30th Floor
San Francisco, CA 94111
**D** (415) 291-7450 **F** (415) 291-7519
BWLee@manatt.com

manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

# EXHIBIT B

403568163.1

**Error! Unknown document property name.**



CITY OF OAKLAND

# AGENDA REPORT

| | | | |
|---|---|---|---|
| **TO:** | Jestin D. Johnson<br>City Administrator | **FROM:** | Erin Roseman<br>Director of Finance |
| **SUBJECT:** | Fiscal Year (FY) 2024-25 First Quarter (Q1) Revenue and Expenditures (R&E) Report | **DATE:** | November 8, 2024 |

City Administrator Approval _Jestin Johnson (Nov 8, 2024 13:14 PST)_     Date: Nov 8, 2024

## RECOMMENDATION

**Staff Recommends That The City Council Receive An Informational Report On Fiscal Year (FY) 2024-25 First Quarter (Q1) Results And Year-End Projections For The General Purpose Fund (GPF, 1010), And Select Funds.**

## EXECUTIVE SUMMARY

This report details the City of Oakland's (the City) preliminary FY 2024-25 projected year-end revenues and expenditures based on **First** Quarter Q1 trends. The **First** Quarter reflects 11.7% of collected adjusted revenue budget and expenditures reflect 22% of the adopted expenditure budget.

FY 2024-25 collections of revenue through **Q1** are at $88.68 million or 11.7% of the Adjusted Budget of $758.22 million. The preliminary **Q1** FY 2024-25 GPF revenue forecast projects an overall overage of $0.30 million or 0.0% compared to the Adjusted Budget and is now estimated to end the year at $758.52 million. GPF expenditures through **Q1** are at $168.73 million or 22% of the Adjusted Budget. GPF expenditures are forecasted at $851.60 million, an increase of $93.38 million from the Adjusted Budget. The budget assumes a one-time use of fund balance in the amount of $13.75 million to support encumbrance carryforwards. **Table 1** below outlines the FY 2024-25 GPF revenue and expenditures Adjusted Budget, Q1 year-to-date actuals, and year-end estimates, with a current estimate of a $93.08 million year-end operating shortfall.

The projections in this report are made with limited information due to seasonality of certain revenue categories, and the volatility and unpredictability of the economy due to the ongoing inflationary trends, election outcome, and effects of federal monetary policy. The purpose of the quarterly revenue and expenditure (R&E) report is to guide the City in managing its ongoing budget in comparison to the Adopted Budget as more financial data becomes available.

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                 Page 2

**Table 1: Summary of FY 2024-25 Q1 GPF Revenues & Expenditures Budget to Year-End Projections ($ in millions)**

| | FY 2024-25 Adopted Budget | FY 2024-25 Adjusted Budget | FY 2024-25 Q1 YTD Actuals | FY 2024-25 Q1 Year-End Estimate | Year-End $ Over / Under Adjusted Budget | Year-End % Over / Under Adjusted Budget |
|---|---|---|---|---|---|---|
| FY 2024-25 Revenues | 807.19 | 758.22 | 88.68 | 758.52 | 0.30 | 0.0— % |
| FY 2024-25 Expenditures | 807.19 | 758.22 | 168.73 | 851.60 | (93.38) | (12.3) % |
| **Operating (Shortfall) / Surplus** | — | — | **(120.26)** | **(93.08)** | **(93.08)** | **(12.3) %** |

The results of this First Quarter show that **immediate action is necessary to maintain the solvency of the General Purpose Fund and avoid the Chapter 9 process.** Revised estimates regarding the City's fiscal condition at the end of FY 2023-24 show the City has already tapped into its emergency reserve. Given there is no possibility of replenishing the reserve this Fiscal Year, following the conclusion of the Audit and publication of Annual Comprehensive Financial Report, the City Council **will be required to declare a Fiscal Emergency,** per the Consolidated Fiscal Policy (CFP.) **Failure to take dramatic and immediate steps to reduce expenditures will almost certainly result in insolvency.**

## BACKGROUND / LEGISLATIVE HISTORY

Below is a summary of the Council's actions that have occurred from the beginning of the fiscal year through **Q1** that have modified the FY 2024-25 Budget:

Pursuant to the City's Consolidated Fiscal Policy - Part G. Criteria for Project Carryforwards and Encumbrances, the FY 2024-25 Adopted Budget has also been adjusted to include $13.75 million in prior year encumbrance carryforwards in the GPF which utilizes available fund balance to cover the cost.

In October 2024, administrative action was taken to initiate the implementation of the contingency budget, as authorized by  Resolution 90326 C.M.S.

## ANALYSIS AND POLICY ALTERNATIVES

This report supports the Citywide priority of a **responsive, trustworthy government** by providing timely and up-to-date financial information, enhancing transparency allowing residents, stakeholders, and decision-makers to be informed of the City's fiscal health, promoting a culture of responsible financial stewardship.

Special City Council Meeting
November 19, 2024

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                                      Page 3

---

*General Purpose Fund (GPF)*

*FY 2024-25 Q1 Revenues*

The GPF revenues collected as of **Q1** FY 2024-25 are $88.68 million or 11.7% compared to the Adjusted Budget of $758.22 million, and are projected to end the year at $758.52 million or 0.0% over the Adjusted Budget. The Adjusted Budget accounts for the adopted contingency budget, which excludes funds from the Coliseum land sale, which had been expected but have faced delays.  As such, year-end estimates do not assume any collections beyond the initial $5 million payment already received. The fiscal year (FY) 2023-24 closed with notable revenue shortfalls across several key areas in the General Purpose Fund (GPF).  The FY 2024-25 revenue forecast indicates a mixed fiscal landscape for the city, with some tax categories recovering or exceeding expectations while others face ongoing challenges from market conditions.

Increases compared to the FY 2024-25 Adjusted Budget are led by Property Tax which is predicted to be over budget by $4.12 million, with growth due to property value reassessments and new construction. Business Tax projects to exceed the adjusted budget by $3.42 million, based on maintaining FY 2023-24 levels. Utility Consumption Tax anticipated to surpass the budget by $4.34 million due to rate increases that have been implemented following approval by the California Public Utilities Commission (CPUC). Fines & Penalties are projected to exceed the budget by $1.63 million, driven by parking citation rate increases. Miscellaneous Revenue significantly exceeds the budget by $11.51 million due to the initial payment from the Coliseum sale, in addition to legal settlements which also boosted Q1 miscellaneous revenues.

Notable categories not expected to exceed budget expectations include Real Estate Transfer Tax (RETT) Collections, which are expected to end the year at $66.03 million, which is $7.69 million or 10.4% under the Adjusted Budget. However, RETT is showing a recovery from the downturn in FY 2023-24. Early signs of market recovery are noted with a 7.4% increase in the volume of property sales in Q1 compared to the same period in the prior year, although the overall value of the sales have decreased. Sales Tax is expected to be just under the budget by $0.08 million.  A decrease in operational hotels and lower room rates impacted collections from Transient Occupancy Tax (TOT)and is forecasted to be $2.23 million below budget. Meanwhile Parking Tax which is estimated to fall short by 9.2% or $1.20 million, as it is expected to remain at but not exceed pre-COVID collection levels.

The GPF revenues by category are detailed below.

- **Property Tax:** FY 2024-25 collections of Property Tax through Q1 are at $10.94 million or 3.6% of the Adjusted Budget of $306.57 million, and are now projected to end the year at $310.69 million, which is $4.12 million or 1.3% over the Adjusted Budget. Property tax continues to be a reliable and

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                    Page 4

significant source of revenue for the City. Based on Proposition 13, the annual increase in property assessments is limited to the lesser of 2% or the California Consumer Price Index (CPI), which was at 2% for FY 2023-24. This cap ensures a predictable, though modest, increase in property taxes. An additional growth of 2.96% in assessed values last fiscal year was due to changes in property ownership, which often leads to property reassessments at current market values. A further 0.95% increase was attributed in FY2023-24 to new construction within the city, contributing to the tax base expansion. The projection for FY 2024-25 resembles the actual results from FY 2023-24, which surpassed its budget. The FY 2024-25 forecast assumes a 3.86% growth from FY 2023-24, based on estimated increases in assessed property values for Oakland in FY 2023-24. For context, FY 2022-23 concluded with property tax collections at $281.28 million. The growth in revenue to $299.15 million observed in FY 2023-24, or 6.35% compared to FY 2022-23, mirrored the increase in the city's total assessed taxable value in FY 2022-23 of approximately 6.6%.

- **Business Tax (BT):** FY 2024-25 collections of BT through Q1 are at $5.53 million or 4.6% of the Adjusted Budget of $120.06 million, and are now projected to end the year at $123.48 million, which is $3.42 million or 2.9% over the Adjusted Budget. The bulk of BT is collected in the third quarter of the fiscal year since Business Tax renewals are due during that period.  This estimate assumes that BT will perform at the same level of FY 2023-24. The implementation of Measure T, aimed at restructuring business taxes, has shown positive results. Sectors like Professional/Semi-Professional Services, Admin Headquarters, and Wholesale Sales have significantly contributed to the net revenue increase. The City of Oakland Business Tax (BT) projection for FY 2024-25 is cautiously optimistic that the overall trend in BT collection remains positive. Despite sector-specific declines, there was a modest increase in gross receipts from businesses renewing their tax filings in FY 2023-24 by 1.3% compared to the previous year. This growth, although below the four-year average of 2.7%, still indicates a resilient business environment. A strategic focus is being made in FY 2024-25 on improving compliance and collection efficiency while banking on the stability observed in previous fiscal years.

- **Utility Consumption Tax:** FY 2024-25 collections of Utility Consumption Tax through Q1 are at $16.99 million or 24.8% of the Adjusted Budget of $68.44 million, and are now projected to end the year at $72.77 million which is $4.34 million or 6.3% over the Adjusted Budget.  The California Public Utilities Commission (CPUC) approved a 12.7% increase in consumer utility rates for 2024. PG&E which is the largest contributor to the City's UCT implemented rate hikes in phases in 2024 with a 6% increase that took effect in March, an additional 4% in June and implemented a further 2.7%

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                                                Page 5

adjustment in September. These incremental rate hikes directly impact the tax base, as utility consumption tax is a percentage of the utility bill, thus leading to higher tax revenue.

- **Fines & Penalties:** FY 2024-25 collections of Fines and Penalties through Q1 are at $5.84 million or 30.2% of the Adjusted Budget of $19.34 million, and are now projected to end the year at $20.97 million, which is $1.63 million or 8.4% over the Adjusted Budget. Parking citations continue to form the bulk of fines and penalties revenue. Despite expectations of increased revenue due to a 5% rate increase in fines for FY 2023-24 and an additional 5% rate increase for FY 2024-25 to adjust for inflation, the actual revenue from parking citations in FY 2023-24 was $16.77 million, a slight decrease of $0.10 million from the previous year's $16.87 million. The collection rate of parking citations for FY 2023-24 was about 10% lower than in previous fiscal years. The FY 2024-25 Midcycle Budget was revised downwards from the initial FY24-25 Biennial Budget due to trends observed in FY 2023-24. This adjustment reflects a more conservative revenue expectation given the ongoing issues with Scofflaw enforcement, where the City is unable to boot vehicles or effectively collect from accounts with five or more unpaid citations. Another contributing factor recently reducing the effectiveness of parking regulation enforcement is that the Parking Enforcement Unit has been understaffed. The unit aims to be fully staffed by the second half of FY 2024-25.

In FY 2023-24 the volume of parking citations issued saw an unexpected decline of 8% from FY 2022-23. In contrast, the first quarter of FY 2024-25 has shown a promising uptick with an 8% increase in citations issued over the first quarter of FY 2022-23. Using the revenue collected in FY 2022-23 as a baseline, given its closer alignment with the citation issuance rate seen in the first quarter of FY 2024-25, the FY 2024-25 projection assumes that with improved staffing levels and the return to more typical citation issuance levels, the revenue from parking citations in FY 2024-25 could see an increase matching the fine rate increases over the last two fiscal years, which have been increased by 10% in total, assuming this adjustment fully translates into a corresponding increase in revenue.

- **Miscellaneous Revenue:**  FY 2024-25 collections of Miscellaneous Revenues through Q1 are at $12.74 million, and are projected to end at $12.74 million which is $11.51 million or 939.2% over the Adjusted Budget of $1.23 million. A sum of $5 million was received as an initial payment for the sale of the Coliseum site. This amount was not fully anticipated in the Adjusted Budget due to the delay in the completion of the sale. The FY 2024-25 Adopted Budget initially included $63.10 million from the sale of the Coliseum land, classified under Miscellaneous Revenues. However, due to

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                              Page 6

delays in the transaction the expected $63.10 million was removed from the budget as it was stipulated as part of the FY 2024-25 Midcycle Budget adoption. Projections for the remainder of FY 2024-25 do not account for additional payments from the Coliseum land sale within this fiscal year, **reinforcing the need for the City to plan without reliance on uncertain future funds**. **Staff strongly recommends that decision makers DO NOT includes the Coliseum sale proceeds in any future budget balancing action until after that cash has been received and title of the property transferred**.  In addition, legal settlements have significantly contributed to the actual miscellaneous revenues realized in Q1 as well. However, the $6.18 million revenue resulting from these legal settlements is restricted to specific reimbursements bound by settlement agreements and cannot be accounted for in the overall balancing of the General Purpose Fund.

- **Service Charges:** FY 2024-25 collections of Service Charges through Q1 are at $7.21 million or 13.9% of the Adjusted Budget of $51.84 million, and are now projected to end the year at the Adjusted Budget. In FY 2023-24, parking meter collections underperformed significantly, with revenues totaling $10.24 million against an estimated budget of $16.60 million, resulting in a shortfall of $6.36 million. Excluding this shortfall, service charges would have exceeded the FY 2023-24 Adjusted Budget by $1.66 million. In contrast, actual collection from parking meters was only 61.7% of the budgeted amount in FY 2024-23. Parking fees were notably raised by 50% from $2 to $3 per hour effective FY 2024-25. If all other factors remain constant, this should theoretically increase revenue by $5.12 million, countering the shortfall experienced in FY 2023-24. Early data from the first two months of FY 2024-25 show an average 30% increase in parking fees collected compared to the same period in the previous fiscal year.

- **Sales Tax:** FY 2024-25 collections of Sales Tax through Q1 are at $5.34 million or 8.4% of the Adjusted Budget of $63.73 million, and are now projected to end the year at $63.65 million, which is $0.08 million or 0.1% under the Adjusted Budget. The $5.34 million in actual revenues reported for the first quarter do not correspond with the Sales Tax receipts for that period. This is because the collections and reporting of these receipts lag due to external management by the State and then remitted in bulk to the City. Over the last five years, the average Sales Tax captured through the first quarter in Oracle has been approximately $5.37 million. Data available for the fourth quarter of FY2023-24 (Q4) (Sales Tax is collected by the State and the corresponding detailed data becomes available to the City in the subsequent quarter) shows that FY 2023-24 closed the year with continuing signs of contraction, with sales receipts dropping by 11.7% in the Q4 compared to the same period in FY 2022-23. This decline was influenced by several factors, including audit recoveries from the previous year that skewed cash flow

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024

comparisons. When these anomalies are excluded, the real sales decline stood at 5.9%.

In the final quarter of FY 2023-24 the automotive industry in Oakland saw a downturn similar to state-wide trends, with a particular decline in sales of luxury vehicle brands. This shift was largely due to higher interest rates and pricing concerns, which deterred potential buyers from making large purchases. Restaurants and hotels experienced a 6% drop in revenue. This sector faced challenges from the closure of several establishments over the past year and a shift in consumer behavior towards seeking value amid rising menu prices. The Business and Industry sector contracted by approximately $0.32 million. The decline was marked by a reduced demand for food-related equipment and IT support services, which had seen a surge in the fourth quarter of FY 2022-23 due to one-time medical and biotech sales. The cannabis market struggled with market saturation leading to reduced activity. Meanwhile, grocery sales, also part of the food-drugs group, decreased by 2.0% compared to the same period in the prior year, aligning with a broader trend of cautious consumer spending focused on essentials. Specialty outlets, electronics, appliances, and home furnishings all reported fewer sales. The closure of several retailers since the fall of the previous year further contributed to this sector's downturn.  When compared to broader regional trends, Alameda County as a whole experienced a 3.2% decline in taxable sales in Q4, while the entire Bay Area saw a decrease of 1.7%. Moving on to FY 2024-25 a minor anticipated increase from the previous fiscal year indicates a slow recovery or stabilization rather than robust growth. The gradual anticipated increase suggests growth could bring a slow rise in Sales Tax revenues over the next couple years.

- **Real Estate Transfer Tax (RETT):** FY 2024-25 collections of Real Estate Transfer Tax through Q1 are at $16.51 million or 22.4% of the Adjusted Budget of $73.72 million, and are projected to end the year at $66.03 million, which is $7.69 million or 10.4% under the Adjusted Budget. The City's Real Estate Transfer Tax (RETT) collections are forecasted to increase by 16.5% by the end of this fiscal year compared to last year. This growth aligns with the increase observed in the first quarter (Q1) of this year over the same period last year. This forecast comes after a significant shortfall in FY 2023-24, where collections amounted to $57.61 million, falling $52.80 million or 47.8% short of the adjusted budget of $110.41 million. The real estate market in FY 2023-24 experienced a notable downturn influenced by macroeconomic policies. Elevated federal funds rates increased mortgage rates, which in turn made home buying less affordable, cooling the demand for real estate. This resulted in fewer transactions, particularly in the high-value property segment, which is crucial for RETT revenue as these sales yield higher tax amounts due to the tax being a percentage of the sale price. The market saw a year-over-year reduction in property sales by 10.1% in FY 2023-24, with an even more significant drop of 19.6% when considering sales prices.

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                              Page 8

Despite the decrease in sales in FY 2023-24, FY 2024-25 had higher number of properties listed for sale in Q1 compared to the same period in the prior year. The first quarter of FY 2024-25 showed a 7.4% increase in the volume of properties sold compared to the same period in the prior fiscal year, indicating initial signs of recovery. Moreover, the Federal Open Market Committee (FOMC) reduced interest rates for the first time in Q1 since it started increasing rates in March of 2022. The FOMC's interest rate reduction in rates could rekindle buyer interest moving forward. Potential stabilization in interest rates could lead to market adjustments where buyers might begin to adapt to the new rate environment, leading for sales volume to improve gradually.

- **Transient Occupancy Tax ("TOT"):**  FY 2024-25 collections of TOT through Q1 are at $4.59 million or 23.3% of the Adjusted Budget of $19.74 million, and are now projected to end the year at $17.50 million, which is $2.23 million or 11.3% under the Adjusted Budget. FY 2023-24, concluded with TOT collections at $18.39 million, slightly under the current year's budget. This year's budget was strategically adjusted to reflect these realities, yet the first quarter saw an 8% decrease in collections compared to the same period in FY 2023-24, signaling ongoing recovery challenges. Over the past year there has been a reduction in the number of accounts contributing to TOT, dropping from 70 to 68 accounts, with a specific decrease in hotels and motels from 58 to 55. The closure of major establishments like the Hilton, which contributed significantly to TOT, represents a major revenue loss coupled with the potential for more closures. Furthermore, the national decrease in hotel room rates has had a trickle-down effect, reducing the TOT yield as each room generates less revenue.

- **Parking Tax ("PT"):** FY 2024-25 collections of Parking Tax through Q1 are at $2.32 million or 17.8% of the Adjusted Budget of $13.07 million, and are now projected to end the year at $11.87 million which is $1.20 million or 9.2% under the Adjusted Budget.  The Parking Tax has shown a stabilization trend, aligning with pre-COVID-19 levels after several years of fluctuation due to the global health crisis. The projection assumes no significant deviation from the collection levels observed in FY 2023-24, reflecting a stable but not growing market for parking services. The Parking Tax appears to be plateauing, with the highest collection over the past seven fiscal years reaching $12.01 million in FY 2022-23, suggesting that the market might have reached its peak capacity under current conditions.

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                    Page 9

---

The FY 2024-25 Adjusted Revenue Budget also assumes $13.75 million in use of fund balance to support prior year encumbered carryforwards. Net of these, actual revenues are estimated to end the year at $758.52 million, compared to the Adjusted Budget of $744.47 million, representing a net surplus of $14.05 million or 1.9%. **Table 2** below highlights revenue categories with year-end projections changes when compared to the FY 2024-25 Adjusted Budget.

*Page intentionally left blank*

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date: November 8, 2024                                                        Page 10

## Table 2: FY 2024-25 Q1 GPF Revenues Budget to Actuals ($ in millions) Summary

| Revenue Category | FY 2024-25 Adopted Budget | FY 2024-25 Adjusted Budget | FY 2024-25 Q1 YTD Actuals | FY 2024-25 Q1 Year-End Estimate | Year-End $ Over / Under Adjusted Budget | Year-End % Over / Under Adjusted Budget |
|---|---|---|---|---|---|---|
| Property Tax | 306.57 | 306.57 | 10.94 | 310.69 | 4.12 | 1.3 % |
| Sales Tax | 63.73 | 63.73 | 5.34 | 63.65 | (0.08) | (0.1) % |
| Business License Tax | 120.06 | 120.06 | 5.53 | 123.48 | 3.42 | 2.9 % |
| Utility Consumption Tax | 68.44 | 68.44 | 16.99 | 72.77 | 4.34 | 6.3 % |
| Real Estate Transfer Tax | 73.72 | 73.72 | 16.51 | 66.03 | (7.69) | (10.4) % |
| Transient Occupancy Tax | 19.74 | 19.74 | 4.59 | 17.50 | (2.23) | (11.3) % |
| Parking Tax | 13.07 | 13.07 | 2.32 | 11.87 | (1.20) | (9.2) % |
| Licenses & Permits | 1.16 | 1.16 | 0.27 | 1.16 | — | — % |
| Fines & Penalties | 19.34 | 19.34 | 5.84 | 20.97 | 1.63 | 8.4 % |
| Interest Income | 2.50 | 2.50 | 0.18 | 2.50 | — | — % |
| Service Charges | 51.84 | 51.84 | 7.21 | 51.84 | — | — % |
| Grants & Subsidies | — | — | 0.21 | 0.21 | 0.21 | — % |
| Miscellaneous Revenue | 64.32 | 1.23 | 12.74 | 12.74 | 11.51 | 939.2 % |
| Interfund Transfers | 2.70 | 3.08 | — | 3.08 | — | — % |
| **Subtotal** | **807.19** | **744.47** | **88.68** | **758.52** | **14.05** | **1.9 %** |
| Transfers from Fund Balance | — | — | | — | — | |
| Project Offsets & Carryforwards | — | 13.75 | — | — | (13.75) | (100.0) % |
| **Total Revenue** | **807.19** | **758.22** | **88.68** | **758.52** | **0.30** | **0.0 %** |

Special City Council Meeting
November 19, 2024

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                 Page 11

As shown in **Table 3** below, GPF revenues also show a decline compared to the FY 2023-24 Adopted Budget, excluding the use of fund balance.  The FY 2024-25 Q1 Adjusted Budget, which reflects the contingency budget, sets GPF revenues at $744 million, compared to $804 million in the FY 2023-24 Adopted Budget.  **This represents a significant decrease of $60 million, indicating that a Severe Financial Event has occurred. See Table 3 below.**

**Table 3: FY 2023-24 Adopted Budget compared to FY 2024-25 Adopted Midcycle Contingency Budget.**

| General Purpose Fund Revenues* | FY23-24 Adopted Biennial Budget | FY24-25 Adopted Midcycle Contingency Budget |
|---|---|---|
| Property Tax | 294,168,232 | 306,570,383 |
| Sales Tax | 67,689,746 | 63,728,691 |
| Business License Tax | 125,248,004 | 120,056,728 |
| Utility Consumption Tax | 61,898,792 | 68,435,265 |
| Real Estate Transfer Tax | 110,412,094 | 73,719,319 |
| Transient Occupancy Tax | 22,482,510 | 19,737,017 |
| Parking Tax | 11,262,935 | 13,067,219 |
| Licenses & Permits | 1,388,483 | 1,161,090 |
| Fines & Penalties | 23,071,854 | 19,344,486 |
| Interest Income | 484,097 | 2,500,000 |
| Service Charges | 51,602,846 | 51,843,139 |
| Miscellaneous Revenue | 21,216,000 | 1,226,000 |
| Interfund Transfers | 13,075,123 | 2,703,023 |
| **Grand Total** | **804,000,716** | **744,092,360** |

*\* Excludes use of Fund Balance*

**FY 2024-25 Q1 Expenditures**

At the end of Q1 for FY 2024-25, expenditures are projected to end the fiscal year at $851.60 million, or $93.38 million over the Adjusted Budget of $758.22 million. Most of the City's departments are projected to overspend by the end of FY 2024-25, however, Public Safety departments account for over 90% of the City's projected overspending.

The FY 2024-25 Adjusted Budget amounts below include budget adjustments that reflect the contingency budget, which reduced the GPF budget across several City departments.  However, the specifics of the reductions for the OPD and OFD are still being determined and have yet to be implemented, which is why projected spending for those two departments is notably high.

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                 Page 12

Expenditure monitoring is heightened as citywide hiring is a large focus, and current inflationary trends and federal monetary policy are likely to continue throughout the fiscal year and have an impact on spending trends by year-end.

**Table 4** below breaks down the FY 2024-25 Expenditures by Department.

**Table 4: FY 2024-25 Q1 GPF Expenditures Budget to Actuals ($ in millions)**

| Department | FY 2024-25 Adopted Budget | FY 2024-25 Adjusted Budget | FY 2024-25 Q1 YTD Actuals | FY 2024-25 Q1 Year-End Estimate | Year-End $ Over / Under Adjusted Budget | Year-End % (Over) / Under Adjusted Budget |
|---|---|---|---|---|---|---|
| Capital Improvement Projects | 0.56 | 0.94 | 0.01 | 0.94 | — | — % |
| City Administrator | 5.99 | 4.87 | 1.19 | 5.58 | (0.72) | (14.7) % |
| City Attorney | 21.71 | 21.95 | 4.43 | 21.23 | 0.72 | 3.3 % |
| City Auditor | 3.73 | 3.90 | 0.49 | 2.65 | 1.25 | 32.0 % |
| City Clerk | 8.00 | 7.94 | 0.73 | 8.00 | (0.06) | (0.8) % |
| City Council | 7.87 | 7.91 | 1.54 | 7.35 | 0.56 | 7.1 % |
| Department of Transportation | 21.72 | 21.59 | 4.28 | 23.41 | (1.82) | (8.4) % |
| Department of Violence Prevention | 7.49 | 8.10 | 1.25 | 6.50 | 1.60 | 19.8 % |
| Department of Workplace and Employment Standard | 2.39 | 2.15 | 0.40 | 2.30 | (0.15) | (7.2) % |
| Economic and Workforce Development Department | 15.24 | 13.54 | 6.52 | 13.79 | (0.25) | (1.9) % |
| Finance Department | 29.13 | 27.34 | 4.79 | 28.04 | (0.70) | (2.6) % |
| Fire Department | 180.45 | 163.26 | 44.62 | 197.70 | (34.44) | (21.1) % |
| Housing and Community Development Department | — | — | — | — | — | — % |
| Human Resources Management Department | 0.33 | 0.53 | 0.26 | 0.19 | 0.33 | 63.3 % |

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                Page 13

| | | | | | | |
|---|---|---|---|---|---|---|
| Human Services Department | 43.08 | 43.36 | 2.42 | 43.99 | (0.62) | (1.4) % |
| Information Technology Department | 6.55 | 6.95 | 1.79 | 8.35 | (1.39) | (20.0) % |
| Mayor | 5.59 | 5.60 | 0.97 | 4.64 | 0.96 | 17.1% |
| Non Departmental and Port | 53.80 | 51.41 | (3.06) | 60.41 | (9.00) | (17.5) % |
| Oakland Animal Services | 6.84 | 6.57 | 1.20 | 6.12 | 0.46 | 6.9 % |
| Oakland Parks and Recreation Department | 11.80 | 12.01 | 2.88 | 12.01 | — | — % |
| Oakland Public Library Department | 12.40 | 11.40 | 1.20 | 12.92 | (1.53) | (13.4) % |
| Oakland Public Works Department | 2.73 | 4.48 | 0.54 | 3.85 | 0.63 | 14.2 % |
| Planning and Building Department | — | — | — | — | — | — % |
| Police Commission | 8.78 | 9.48 | 1.37 | 7.19 | 2.29 | 24.2 % |
| Police Department | 347.21 | 318.88 | 88.13 | 370.77 | (51.89) | (16.3) % |
| Public Ethics Commission | 2.52 | 2.71 | 0.51 | 2.37 | 0.34 | 12.4% |
| Race and Equity Department | 1.27 | 1.35 | 0.28 | 1.29 | 0.05 | 4.0 % |
| **Total** | **807.19** | **758.22** | **168.73** | **851.60** | **(93.38)** | **(12.3) %** |

The budgeted vacancy factor assumed in the FY 2024-25 Midcycle Budget is 10.00% across most City Departments.  The actual vacancy rate as of Q1 in the GPF is 22.0% as shown in **Table 5 below**, which is more than twice of that assumed in the budget.  Although the current vacancy rate is higher than the assumed budgeted rate, there is no anticipated vacancy savings due to the projected public safety over-expenditure.

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                      Page 14

**Table 5: FY 2024-25 Q1 GPF Filled and Vacant Positions (Percent %)**

| Status as of Q1 FY 2024-25 | Percent (%) |
|---|---|
| Filled or Encumbered | 78.0 % |
| Vacant | 22.0 % |

**FY 2024-25 Fund Balance**

The City's GPF Fund Balance, net obligations, is projected to have an operating shortfall of $88.08 million, ending FY 2024-25 at negative $99.91 million. Obligations are reserves required by City Ordinances and the City Charter (mandated emergency reserves). **Table 6** below shows additional adjustments totaling negative $15 million, decreasing the estimated FY 2024-25 year-end available fund balance from negative $99.91 million to negative $114.90 million. The estimated FY 2024-25 available Fund Balance is the amount of unobligated funding available to the City in the GPF.

The City's GPF Emergency Reserve was budgeted at 7.5% of the FY 2022-23 GPF Adopted Budget of $872.07 million. As of June 30, 2024, the balance in this reserve was $70.16 million, or approximately 8.1% of the FY 2023-24 GPF Adopted Budget of $863.68 million.  However, unassigned fund balance in the GPF was <u>negative</u> $32.93 million at year end.  In combination these two source of reserves totaled $37.23 million, or 57% of the reserve requirement of $64.78 million.  Given that the City has already tapped into its emergency reserve, and given there is no possibility of replenishing the reserve this Fiscal Year, the City Council **will be required to declare a Fiscal Emergency** per the Consolidated Fiscal Policy (CFP), following the conclusion of the Audit and publication of Annual Comprehensive Financial Report.

**It is important to note that the ending fund balances across all other funds are not funds that are available to spend in FY 2024-25. Policy makers should not seek to appropriate fund balances in any non-GPF funds for purposes other than resolving the GPF shortfall provided that such an action is legal. Staff strongly recommends against any additional expenditure commitments against fund balance. The fund balance in the Self-Insurance Fund (1100) should not be appropriated as it is needed to pay possible legal settlements which are estimated to be greater the existing fund balance and current year appropriation combined. The balance of Equipment Service Fund (4100) has already been incorporated, see Table 6 Below.**

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                Page 15

**Table 6: Summary of FY 2024-25 Fiscal Situation with GPF Fund Balance** ($ in millions)

| GENERAL PURPOSE FUND (1010) | FY 2024-25 Q1 Year-End Estimate |
|---|---|
| **Beginning Unassigned Fund Balance - Unaudited** | **(6.83)** |
| Revenue | 758.52 |
| Expenditures | 851.60 |
| Estimated Current Year Surplus/(Shortfall) | (88.08) |
| **Estimated Ending Fund Balance** | **(99.91)** |

| Use of Fund Balance in FY 2024-25 | |
|---|---|
| Return of Excess Fund Balance in Equipment Fund | **8.32** |
| Legal Settlements | (10.58) |
| Required Carryforwards from FY 2023-24 | (12.74) |
| **Estimated Ending Fund Balance** | **(114.90)** |

*Conclusion*

With updated data, the GPF Fund Balance started in a negative position and is projected to end in a substantial deficit, worsened by delays in receiving funds that were budgeted from the Coliseum sale and leading to necessary reductions in city services to compensate for the shortfall. **Given the severity of the City's financial situation, it would be fiscally irresponsible and budgetarily reckless to rely on funds from the Sale of the Coliseum or any other property sale until after the sale is completed, cash is received by the City and title is transferred. Further the agreed value of the Coliseum Sale is insufficient to resolve the current year deficit. Reliance on any speculative revenue to balance the GPF projected deficit may directly cause the City to become insolvent and necessitate much deeper reductions to services and expenditures the near and long term.**

Overspending is particularly pronounced in public safety, where personnel costs, driven by overtime and other factors, are expected to surpass allocated budgets. On the revenue side, while several key income sources show promising trends, not all are aligning with budget expectations. Property Taxes are anticipated to slightly increase due to rising property values, and Business Taxes are expected to maintain last year's collection levels. Utility Consumption Tax is set to rise following rate increases approved by the California Public Utilities Commission. However, Real Estate Transfer Tax, despite showing signs of market recovery, is expected to fall short of budget projections. Overall, the financial state for Oakland indicates a need for dramatic adjustments to manage expenditures to prevent insolvency and to stabilize the city's finances.

Special City Council Meeting
November 19, 2024

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                    Page 16

The FY 2024-25 budget was developed with the assumption of a $175 million General Purpose Fund deficit, with public safety costs comprising approximately 65% of GPF spending.  Although expenditures were reduced across all departments in order to balance the budget, it was insufficient to maintain minimum staffing levels for both Fire and Police.  In order to maintain staffing levels, the budget assumed the receipt of one-time revenues of $63 million from the Coliseum Site to support the GPF expenses.

In response to these challenges, the following steps were taken by the City to avoid the need to temporarily suspend the minimum staffing provisions in the Police and Fire Departments.  The contingency provisions included as part of the FY 2024-25 Midcycle Budget Amendments include the following reductions and actions:

- Freezes the hiring of new positions
- Delays the beginning of new sworn trainee academies
- Halts the execution of unfinalized contracts and grant agreements funded from the General Purpose Fund and any Restricted Funds with structural imbalances
- Halts the approval of unapproved discretionary travel
- Freezes 11.0 FTE positions in the Finance Department
- Reduces $350,000 in O&M for Strategic & Crisis Communications
- Reduces $1,000,000 in O&M for Performance Management and Strategic Budget Planning
- Freezes five Fire Engine Companies (60 FTE Sworn Fire Personnel)
- Freezes two Police Academies and 78.0 FTE Sworn Police Officers
- Freezes 4.0 FTE non-sworn Police positions
- Reduces $2,319,768 for Public Safety vehicle replacements
- Freezes 2.0 FTE positions and transfers 1.0 FTE position to Fund 2218 in Department of Transportation
- Reduces $1,125,000 in O&M for IT cyber security and CAD/RMS support
- Freezes 3.5 FTE positions in Oakland Animal Services
- Freezes 1.0 FTE position in Oakland Parks, Recreation and Youth Development
- Freezes 5.0 FTE positions in Human Services Department
- Freezes 1.5 FTE positions in Department of Workplace and Employment Services
- Reduces $1,596,606 in O&M for Department of Economic and Workforce Development initiatives, including the Film Attraction Initiative, workforce development grants, cultural grant funding, capacity building funds, and Scotlan Convention Center subsidies
- Eliminates "Five After Five" parking program
- Allows the City Administrator to take any other measures that they deem necessary to preserve the fiscal health of the City
- And return to the City Council a plan to rebalance the City's budget with as expeditiously as reasonably possible

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                                Page 17

In addition, administrative actions aimed at reducing citywide GPF spending were implemented in March 2024 and remain in effect.  A hiring freeze continues for all non-sworn positions funded by the GPF and other funds under fiscal pressure.  Additionally, a citywide moratorium on professional training and conferences funded by the GPF continues unless mandated by employment or regulatory requirements.  Heightened scrutiny is being applied to all GPF spending.

Despite these steps, reductions in the OPD and OFD budget are now unavoidable to effectively address the current year shortfall.  Avoiding cuts to public safety would require drastic reductions across all GPF services, effectively eliminating 83% of non-police and non-fire expenses – an approach that is neither practical or likely compliant with legal or charter requirements.

While immediate reductions are necessary to balance the current year's budget, the City will be taking the following steps:

- If passed, a voter approved measure on the ballot for November may raise additional revenue for Public Safety which may minorly mitigate this; the City will explore future revenue measures to support Public Safety services, including restoring fire engine companies and police services.
- The City will explore options to reduce costs in negotiations with **ALL** of its bargaining units at the legal and appropriate times through the legal and appropriate processes
- The City will engage in a process to more tightly budget for all contract services to ensure that all funded contracts are necessary to provide services
- The City will be evaluating the services provided by all programs and staff to ensure that these services are properly prioritized and to facilitate reductions to non-priority services which may free resources for fire engine companies and police services.
- The City will explore more efficient mechanisms of service delivery which may free additional resources to support fire engine companies and police services.

Final decisions on these measures will be taken by City Council to support these efforts.

These efforts will be part of the FY 2025-27 biennial budget process, though the process of returning to a structurally balanced budget that includes funding to meet the maintenance of effort requirements in the City's voter measures, and minimum staffing requirements in the labor MOU's, will be a multi-year effort.

**Immediate action is necessary to maintain the solvency of the General Purpose Fund and avoid the Chapter 9 processes**. Revised estimates regarding the City's fiscal condition at the end of FY 2023-24 show the City has already tapped into its

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                                Page 18

emergency reserve. Given there is no possibility of replenishing the reserve this Fiscal Year, following the conclusion of the Audit and publication of Annual Comprehensive Financial Report, the City Council **will be required to declare a Fiscal Emergency** per the Consolidated Fiscal Policy (CFP.)

**All City policy makers, staff, residents and other stakeholders must seriously grapple with the current financial circumstances. Fecklessness and failure to take dramatic and immediate steps to reduce expenditures will almost certainly result in insolvency. Finance staff implore all decision makers to immediately and urgently begin the task of reducing expenditures in order to avoid insolvency.**

## PUBLIC OUTREACH / INTEREST

No outreach was deemed necessary for this informational report beyond the standard City Council agenda noticing procedures.

## COORDINATION

This report was prepared in coordination between the Finance Department, the City Administrator's Office and various departments.

## SUSTAINABLE OPPORTUNITIES

*Economic*: No direct economic opportunities have been identified.

*Environmental:* No direct environmental impacts have been identified.

*Race & Equity:* No direct Race & Equity opportunities have been identified in this informational report.

Special City Council Meeting
November 19, 2024

Jestin D. Johnson, City Administrator
Subject: FY 2024-25 Q1 R&E Report
Date:  November 8, 2024                                                          Page 19

## ACTION REQUESTED OF THE CITY COUNCIL

Staff Recommends That City Council Receive An Informational Report On Fiscal Year (FY) 2024-25 First Quarter (Q1) Revenue And Expenditures (R&E) Results And Year-End Projections For The General Purpose Fund (GPF, 1010), And Select Funds.

For questions regarding this report, please contact Bradley Johnson, Budget Administrator, at (510) 238-6119.

Respectfully submitted,

Erin Roseman (Nov 8, 2024 11:33 PST)
_____
Erin Roseman
Director of Finance, Finance Department

Reviewed by:
Bradley Johnson, Budget Administrator

Sherry Jackson
Revenue & Tax Administrator

Prepared by Budget & Revenue
Management Bureau(s):
Rogers Agaba
Huey Dang
Daniel Mariano
Chuck Maurer
Jose Segura
Michelle Soares
Rina Stabler
Kristin Urrutia

Attachments: (2)
A:      FY 2024-25 **Q1** *Detailed Report*
B:      *Project Carryforwards*

Special City Council Meeting
November 19, 2024

# EXHIBIT C

403568163.1

**Error! Unknown document property name.**



# RatingsDirect®

Summary:

# Oakland, California; Appropriations; General Obligation

**Primary Credit Analyst:**
Krystal Tena, New York + 1 (212) 438-1628; krystal.tena@spglobal.com

**Secondary Contact:**
Sarah Sullivant, Austin + 1 (415) 371 5051; sarah.sullivant@spglobal.com

## Table Of Contents

Credit Highlights

CreditWatch

Summary:

# Oakland, California; Appropriations; General Obligation

| Credit Profile | | |
| --- | --- | --- |
| Oakland GO | | |
| *Long Term Rating* | AA+/Watch Neg | On CreditWatch Negative |

## Credit Highlights

- S&P Global Ratings placed its various ratings on Oakland, Calif.'s outstanding general obligation (GO) bonds, non-ad valorem bonds, and lease revenue bonds on CreditWatch with negative implications.

- The CreditWatch placement reflects our view that there is at least a one-in-two chance of a lower rating, potentially by multiple notches, in the next 90 days, given the material and rapid deterioration in the city's financial position, largely driven by overspending, as well as what we view as potential governance weaknesses that could complicate fiscal decision-making under challenging circumstances.

### Security

Revenue from unlimited ad valorem taxes levied on taxable property within the city secures the city's GO bonds. The city's non-ad valorem obligations, which were issued for funding its pension liabilities, are payable from any legally available revenue of the city and are rated on par with the city's GO obligations given a lack of legal limitations on fungibility of resources within the organization. Oakland's appropriation obligations are secured by or represent an interest in lease-rental payments by the city, as lessee. We rate these obligations one notch lower than the city's general creditworthiness (as reflected in our GO rating) to account for the appropriation risk associated with lease payments.

### Credit overview

The CreditWatch action follows the city's recently published fiscal year 2025 first-quarter (Q1) report, dated Nov. 15, 2024, which revealed significant estimated deviations from the city's adjusted 2025 general purpose fund budget, as well as preliminary net results for fiscal year-end 2024. The city is estimating revenues, inclusive of the use of encumbered carryforwards from the prior year, will be in line with its adjusted budget but that expenditures will come in $93 million above the adjusted budget. This would result in a negative net result equivalent to 12% of general purpose fund revenues and a fiscal 2025 ending balance equivalent to negative 15% of revenues (negative $114.9 million). (The city's general purpose fund substantially overlaps with but is not equivalent to its general fund as reported in its annual financial reports.)

The city indicates that substantial overspending is largely driven by ballooning public safety costs from overtime from both the city's police and fire departments. The city's adjusted budget excluded an anticipated substantial $63.1 million in proceeds from the sale of the Oakland Coliseum, from which the city has received $5 million to date, but were assumed at the time of the original fiscal 2025 budget adoption. We believe that the city will be challenged to make

mid-year budget adjustments that set it on a course of fiscal sustainability, and that there is elevated potential for political gridlock and turnover in key management positions following the yet-to-be certified recall of the city's mayor and that this environment is likely to complicate decision-making around budget solutions that could play a role in avoiding credit deterioration.

# CreditWatch

The CreditWatch placement reflects a greater than one in two chance that we could lower the ratings within the next 90 days, with a key consideration the degree to which we consider any actions taken by city council and management as likely to be effective in addressing the current and projected budget gap, as well as our view of any ongoing governance or management challenges the city may face in restoring its path to fiscal balance. While the CreditWatch period extends for 90 days, we expect to complete a review of our ratings as soon as we deem sufficient information to be available to resolve the CreditWatch.

| Ratings Detail (As Of November 20, 2024) | | |
|---|---|---|
| Oakland taxable POB | | |
| *Long Term Rating* | AA+/Watch Neg | On CreditWatch Negative |
| Oakland GO GO (BAM) (SECMKT) | | |
| *Unenhanced Rating* | AA+(SPUR)/Watch Neg | On CreditWatch Negative |
| Oakland GO (BAM) | | |
| *Unenhanced Rating* | AA+(SPUR)/Watch Neg | On CreditWatch Negative |
| Oakland GO (BAM) (SECMKT) | | |
| *Unenhanced Rating* | AA+(SPUR)/Watch Neg | On CreditWatch Negative |
| **Oakland Joint Power Financing Authority, California** | | |
| Oakland, California | | |
| Oakland Jt Pwrs Fing Auth (Oakland) lse rev rfdg bnds | | |
| *Long Term Rating* | AA/Watch Neg | On CreditWatch Negative |
| Many issues are enhanced by bond insurance. | | |

Certain terms used in this report, particularly certain adjectives used to express our view on rating relevant factors, have specific meanings ascribed to them in our criteria, and should therefore be read in conjunction with such criteria. Please see Ratings Criteria at www.spglobal.com/ratings for further information. Complete ratings information is available to RatingsDirect subscribers at www.capitaliq.com. All ratings affected by this rating action can be found on S&P Global Ratings' public website at www.spglobal.com/ratings.

Copyright © 2024 by Standard & Poor's Financial Services LLC. All rights reserved.

No content (including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives. Rating-related publications may be published for a variety of reasons that are not necessarily dependent on action by rating committees, including, but not limited to, the publication of a periodic update on a credit rating and related analyses.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw or suspend such acknowledgment at any time and in its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain non-public information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.spglobal.com/ratings (free of charge), and www.ratingsdirect.com (subscription), and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.spglobal.com/usratingsfees.

STANDARD & POOR'S, S&P and RATINGSDIRECT are registered trademarks of Standard & Poor's Financial Services LLC.

# EXHIBIT D

403568163.1

**Error! Unknown document property name.**

**FitchRatings**

RATING ACTION COMMENTARY

# Fitch Downgrades Oakland, CA's Sewer Revs to 'AA'; Outlook Negative

Mon 02 Dec, 2024 - 5:47 PM ET

Fitch Ratings - Austin - 02 Dec 2024: Fitch Ratings has downgraded the following Oakland, CA (the city) obligations to 'AA' from 'AAA':

--$15.8 million sewer revenue refunding bonds, 2014 series A.

Fitch has also assessed the Standalone Credit Profile (SCP) of the city's sewer system (the system) at 'aaa'. The SCP represents the credit profile of the system on a standalone basis irrespective of its relationship with and the credit quality of the city (Issuer Default Rating A/Negative).

The Rating Outlook is Negative.

## RATING ACTIONS

| ENTITY / DEBT ⇕ | RATING ⇕ | | PRIOR ⇕ |
|---|---|---|---|
| Oakland (CA) [Sewer] | | | |
| Oakland (CA) /Sewer Revenues/1 LT | LT | AA Rating Outlook Negative  Downgrade | AAA Rating Outlook Stable |

**VIEW ADDITIONAL RATING DETAILS**

The downgrade of the sewer revenue bonds to 'AA' from 'AAA' and the Negative Outlook are driven by the recent downgrade of the city's Issuer Default Rating (IDR) to 'A'/Negative from 'AA-'/Stable. Per Fitch's criteria, the sewer revenue bond rating is capped at three notches higher than the city's IDR.

On Nov. 19 Oakland's financial management team released a report on the city's general purpose fund (GPF) that stated immediate action is necessary to avoid beginning the Chapter 9 process. The report was subsequently replaced with another report that still calls for immediate action to maintain solvency in the GPF but does not reference bankruptcy or Chapter 9. The city is enacting contingency measures, but leadership challenges signal potential risks about timely and effective budget alignment. For more information, see Fitch Downgrades Oakland, CA's IDR to 'A'; Outlook Revised to Negative.

Fitch continues to assess the system's SCP at 'aaa'. This reflects its 'Exceptionally Strong' financial profile within the framework of 'Very Strong' revenue defensibility and a 'Very Strong' operating risk profile, both assessed at 'aa'. The system's leverage of -0.1x in fiscal 2023, measured as net adjusted debt to adjusted funds available for debt service (FADS), indicates cash and investments available for debt service that are greater than net adjusted debt. Leverage is projected to increase to 1.9x over the next five years in Fitch's Analytical Stress Test (FAST) rating case, but the metric should retain ample headroom within the rating category. There has been no publicly reported information or disclosure from management that the sewer enterprise fund faces any fiscal challenges. A change in this expectation would likely weaken the SCP assessment.

## SECURITY

The bonds are secured by the system's net revenues after payment of operations and maintenance expenses.

## KEY RATING DRIVERS

### Revenue Defensibility - 'aa'

**Favorable Service Area, Affordable Rates for a Significant Majority of the Population:** The city retains the legal authority to adjust rates as needed without external oversight. Fitch considers the monthly residential sewer bill affordable for about 79% of the service area population based on standard monthly usage of 6,000 gallons. The favorable service area is characterized by stronger income levels, a volatile unemployment rate relative to the nation and midrange customer growth.

Customer growth registered a five-year compound annual growth rate of 0.7% as of fiscal 2023. Income levels are about 26% higher than the national median as of 2022. The unemployment rate has decreased to 4.6% since 2020 and was 28% more than the national average in 2023.

**Operating Risk - 'aa'**

**Very Low Operating Cost Burden, Moderate Investment Needs:** In fiscal 2023, the system's operating cost burden was very low at $2,825 per million gallons (mg), consistent with the operating risk assessment. The life cycle ratio was low at 39% in fiscal 2023. Annual capital spending relative to depreciation has been strong, averaging 150% over the last five fiscal years from 2019 to 2023. Planned capital spending for the next five years should generally outpace historical depreciation, supporting a continued low life cycle ratio.

The CIP for fiscals 2024-2028 totals $169 million and continues to be entirely pay-go funded. No additional debt is expected since the current plan continues to focus on rehabilitating about 13 miles of sewer mains per year as part of the system's consent decree. In fiscal 2023, the system rehabilitated a total of 15.1 miles.

**Financial Profile - 'aaa'**

**Leverage to Increase:** The system had leverage of -0.1x as of fiscal 2023 since available cash exceeds adjusted debt. The liquidity profile is neutral to the overall assessment with current days cash on hand of 562 and coverage of full obligations (COFO) of 4.5x. Fitch-calculated total debt service coverage for fiscal 2023 was 5.0x.

The FAST considers the potential trend of key ratios in a base case and stress scenario over a five-year period. The stress scenario is designed to impose capital costs 10% above expected base-case levels and evaluate potential variability in projected key ratios. The FAST reflects Fitch's view of a reasonable scenario, which is generally informed by publicly available and/or management provided information with respect to capex, user charges and rate of revenue and expenditure growth.

In the base case scenario, the leverage ratio is expected to increase to 1.4x through fiscal 2028. In the stress scenario, which is considered the rating case, the leverage ratio is projected to increase to 1.9x over the five-year horizon. Both scenarios factor capital spending in line with CIP and sufficient to address the system's current consent decree. The liquidity profile is expected to remain neutral to the assessment over the five-year horizon.

## Asymmetric Additional Risk Considerations

No asymmetric additive risk considerations currently affect this rating determination. Future asymmetric risk could include significant political pressure that delays or prevents rate increases; a failure to adopt budgets in a timely manner due to absence of consensus in the governing body; or the siphoning of funds to the GPF that weakens the sewer fund's margins.

## RATING SENSITIVITIES

### Factors that Could, Individually or Collectively, Lead to Negative Rating Action/Downgrade

--Deterioration in the city's credit quality would lead to further negative rating action in light of the rating constraints applicable to enterprises related to a host government.

### Factors that Could, Individually or Collectively, Lead to Positive Rating Action/Upgrade

--Improvement in the city's credit quality would lead to an improvement in the bond rating.

## PROFILE

The system provides collection-only sewer service with treatment provided by the East Bay Municipal Utility District (EBMUD; sewer revenue bonds AA+/Stable). EBMUD bills all of the system's customers directly, so the city has no costs associated with EBMUD treatment reflected on the system's income statement. Oakland is the San Francisco Bay Area's third-largest city with a population of about 420,000 people and nearly 119,000 service accounts. The city's large downtown is a regional employment hub with significant commercial, industrial and governmental ratepayers.

The sewer system operates under a consent decree to undertake significant, but manageable, capital upgrades to reduce sewer discharges into the San Francisco Bay. The utility has committed to funding these needs with cash flow from operations. This has resulted in healthy financial margins and should allow for sustained exceptionally low leverage.

Fitch considers the system a related entity to the city for rating purposes given the city's oversight of the system, including the authority to establish rates and operations. Pursuant to Fitch's criteria, the rating on the sewer revenue bonds is limited by the credit quality of the city and constrained to only three notches higher than the city's IDR.

## Sources of Information

In addition to the sources of information identified in Fitch's applicable criteria specified below, this action was informed by data from Lumesis.

## REFERENCES FOR SUBSTANTIALLY MATERIAL SOURCE CITED AS KEY DRIVER OF RATING

The principal sources of information used in the analysis are described in the Applicable Criteria.

## ESG CONSIDERATIONS

The highest level of ESG credit relevance is a score of '3', unless otherwise disclosed in this section. A score of '3' means ESG issues are credit-neutral or have only a minimal credit impact on the entity, either due to their nature or the way in which they are being managed by the entity. Fitch's ESG Relevance Scores are not inputs in the rating process; they are an observation on the relevance and materiality of ESG factors in the rating decision. For more information on Fitch's ESG Relevance Scores, visit www.fitchratings.com/topics/esg/products#esg-relevance-scores.

## FITCH RATINGS ANALYSTS

**Victor Valdez**
Senior Analyst
Primary Rating Analyst
+1 512 813 5650
victor.valdez@fitchratings.com
Fitch Ratings, Inc.
2600 Via Fortuna, Suite 330 Austin, TX 78746

**Graham Schnaars**
Director
Secondary Rating Analyst
+1 415 732 7578
graham.schnaars@fitchratings.com

**Audra Dickinson**
Senior Director
Committee Chairperson
+1 512 813 5701
audra.dickinson@fitchratings.com

## MEDIA CONTACTS

**Sandro Scenga**
New York
+1 212 908 0278
sandro.scenga@thefitchgroup.com

Additional information is available on www.fitchratings.com

## PARTICIPATION STATUS

The rated entity (and/or its agents) or, in the case of structured finance, one or more of the transaction parties participated in the rating process except that the following issuer(s), if any, did not participate in the rating process, or provide additional information, beyond the issuer's available public disclosure.

## APPLICABLE CRITERIA

U.S. Public Sector, Revenue-Supported Entities Rating Criteria (pub. 12 Jan 2024) (including rating assumption sensitivity)

U.S. Water and Sewer Rating Criteria (pub. 29 Feb 2024) (including rating assumption sensitivity)

## ADDITIONAL DISCLOSURES

Dodd-Frank Rating Information Disclosure Form

Solicitation Status

Endorsement Policy

## ENDORSEMENT STATUS

Oakland (CA)                          EU Endorsed, UK Endorsed

## DISCLAIMER & DISCLOSURES

All Fitch Ratings (Fitch) credit ratings are subject to certain limitations and disclaimers. Please read these limitations and disclaimers by following this link: https://www.fitchratings.com/understandingcreditratings. In addition, the following https://www.fitchratings.com/rating-definitions-document details Fitch's rating definitions for each rating scale and rating categories, including definitions relating to default. ESMA and the FCA are required to publish historical default rates in a central repository in

accordance with Articles 11(2) of Regulation (EC) No 1060/2009 of the European Parliament and of the Council of 16 September 2009 and The Credit Rating Agencies (Amendment etc.) (EU Exit) Regulations 2019 respectively.

Published ratings, criteria, and methodologies are available from this site at all times. Fitch's code of conduct, confidentiality, conflicts of interest, affiliate firewall, compliance, and other relevant policies and procedures are also available from the Code of Conduct section of this site. Directors and shareholders' relevant interests are available at https://www.fitchratings.com/site/regulatory. Fitch may have provided another permissible or ancillary service to the rated entity or its related third parties. Details of permissible or ancillary service(s) for which the lead analyst is based in an ESMA- or FCA-registered Fitch Ratings company (or branch of such a company) can be found on the entity summary page for this issuer on the Fitch Ratings website.

In issuing and maintaining its ratings and in making other reports (including forecast information), Fitch relies on factual information it receives from issuers and underwriters and from other sources Fitch believes to be credible. Fitch conducts a reasonable investigation of the factual information relied upon by it in accordance with its ratings methodology, and obtains reasonable verification of that information from independent sources, to the extent such sources are available for a given security or in a given jurisdiction. The manner of Fitch's factual investigation and the scope of the third-party verification it obtains will vary depending on the nature of the rated security and its issuer, the requirements and practices in the jurisdiction in which the rated security is offered and sold and/or the issuer is located, the availability and nature of relevant public information, access to the management of the issuer and its advisers, the availability of pre-existing third-party verifications such as audit reports, agreed-upon procedures letters, appraisals, actuarial reports, engineering reports, legal opinions and other reports provided by third parties, the availability of independent and competent third- party verification sources with respect to the particular security or in the particular jurisdiction of the issuer, and a variety of other factors. Users of Fitch's ratings and reports should understand that neither an enhanced factual investigation nor any third-party verification can ensure that all of the information Fitch relies on in connection with a rating or a report will be accurate and complete. Ultimately, the issuer and its advisers are responsible for the accuracy of the information they provide to Fitch and to the market in offering documents and other reports. In issuing its ratings and its reports, Fitch must rely on the work of experts, including independent auditors with respect to financial statements and attorneys with respect to legal and tax matters. Further, ratings and forecasts of financial and other information are inherently forward-looking and embody assumptions and predictions

about future events that by their nature cannot be verified as facts. As a result, despite any verification of current facts, ratings and forecasts can be affected by future events or conditions that were not anticipated at the time a rating or forecast was issued or affirmed. Fitch Ratings makes routine, commonly-accepted adjustments to reported financial data in accordance with the relevant criteria and/or industry standards to provide financial metric consistency for entities in the same sector or asset class.

The complete span of best- and worst-case scenario credit ratings for all rating categories ranges from 'AAA' to 'D'. Fitch also provides information on best-case rating upgrade scenarios and worst-case rating downgrade scenarios (defined as the 99th percentile of rating transitions, measured in each direction) for international credit ratings, based on historical performance. A simple average across asset classes presents best-case upgrades of 4 notches and worst-case downgrades of 8 notches at the 99th percentile. For more details on sector-specific best- and worst-case scenario credit ratings, please see Best- and Worst-Case Measures under the Rating Performance page on Fitch's website.

The information in this report is provided "as is" without any representation or warranty of any kind, and Fitch does not represent or warrant that the report or any of its contents will meet any of the requirements of a recipient of the report. A Fitch rating is an opinion as to the creditworthiness of a security. This opinion and reports made by Fitch are based on established criteria and methodologies that Fitch is continuously evaluating and updating. Therefore, ratings and reports are the collective work product of Fitch and no individual, or group of individuals, is solely responsible for a rating or a report. The rating does not address the risk of loss due to risks other than credit risk, unless such risk is specifically mentioned. Fitch is not engaged in the offer or sale of any security. All Fitch reports have shared authorship. Individuals identified in a Fitch report were involved in, but are not solely responsible for, the opinions stated therein. The individuals are named for contact purposes only. A report providing a Fitch rating is neither a prospectus nor a substitute for the information assembled, verified and presented to investors by the issuer and its agents in connection with the sale of the securities. Ratings may be changed or withdrawn at any time for any reason in the sole discretion of Fitch. Fitch does not provide investment advice of any sort. Ratings are not a recommendation to buy, sell, or hold any security. Ratings do not comment on the adequacy of market price, the suitability of any security for a particular investor, or the tax-exempt nature or taxability of payments made in respect to any security. Fitch receives fees from issuers, insurers, guarantors, other obligors, and underwriters for rating securities. Such fees generally vary from US$1,000 to US$750,000 (or the applicable currency equivalent) per issue. In certain cases, Fitch will rate all or a number of issues issued by a particular issuer, or insured or guaranteed by a particular insurer or guarantor,

for a single annual fee. Such fees are expected to vary from US$10,000 to US$1,500,000 (or the applicable currency equivalent). The assignment, publication, or dissemination of a rating by Fitch shall not constitute a consent by Fitch to use its name as an expert in connection with any registration statement filed under the United States securities laws, the Financial Services and Markets Act of 2000 of the United Kingdom, or the securities laws of any particular jurisdiction. Due to the relative efficiency of electronic publishing and distribution, Fitch research may be available to electronic subscribers up to three days earlier than to print subscribers.

For Australia, New Zealand, Taiwan and South Korea only: Fitch Australia Pty Ltd holds an Australian financial services license (AFS license no. 337123) which authorizes it to provide credit ratings to wholesale clients only. Credit ratings information published by Fitch is not intended to be used by persons who are retail clients within the meaning of the Corporations Act 2001.Fitch Ratings, Inc. is registered with the U.S. Securities and Exchange Commission as a Nationally Recognized Statistical Rating Organization (the "NRSRO"). While certain of the NRSRO's credit rating subsidiaries are listed on Item 3 of Form NRSRO and as such are authorized to issue credit ratings on behalf of the NRSRO (see https://www.fitchratings.com/site/regulatory), other credit rating subsidiaries are not listed on Form NRSRO (the "non-NRSROs") and therefore credit ratings issued by those subsidiaries are not issued on behalf of the NRSRO. However, non-NRSRO personnel may participate in determining credit ratings issued by or on behalf of the NRSRO.

dv01, a Fitch Solutions company, and an affiliate of Fitch Ratings, may from time to time serve as loan data agent on certain structured finance transactions rated by Fitch Ratings.

Copyright © 2024 by Fitch Ratings, Inc., Fitch Ratings Ltd. and its subsidiaries. 33 Whitehall Street, NY, NY 10004. Telephone: 1-800-753-4824, (212) 908-0500. Reproduction or retransmission in whole or in part is prohibited except by permission. All rights reserved.

READ LESS

## SOLICITATION STATUS

The ratings above were solicited and assigned or maintained by Fitch at the request of the rated entity/issuer or a related third party. Any exceptions follow below.

## ENDORSEMENT POLICY

Fitch's international credit ratings produced outside the EU or the UK, as the case may be, are endorsed for use by regulated entities within the EU or the UK, respectively, for regulatory purposes, pursuant to the terms of the EU CRA Regulation or the UK Credit

Rating Agencies (Amendment etc.) (EU Exit) Regulations 2019, as the case may be. Fitch's approach to endorsement in the EU and the UK can be found on Fitch's Regulatory Affairs page on Fitch's website. The endorsement status of international credit ratings is provided within the entity summary page for each rated entity and in the transaction detail pages for structured finance transactions on the Fitch website. These disclosures are updated on a daily basis.