# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In re:<br><br>INSIGHT TERMINAL SOLUTIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 19-32231<br><br>(Jointly Administered)<br><br>Adv. Proc. No. 24-03007-jal<br><br>Judge Joan A. Lloyd |
| INSIGHT TERMINAL SOLUTIONS, LLC, as the Reorganized Debtor,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>Defendant. | |

### ORDER GRANTING AGREED MOTION TO EXTEND
### THE RESPONSE AND REPLY DEADLINES
### FOR THE MOTION TO WITHDRAW THE REFERENCE

Defendant the City of Oakland (the "City") and Plaintiff Insight Terminal Solutions, LLC ("Debtor" and together with the City, the "Movants" or "Parties"), by and through their respective counsel, having filed the *Motion to Extend the Response and Reply Deadlines for the Motion to Withdraw the Reference* (the "Agreed Motion"); and the Court having considered and being otherwise duly and sufficiently advised,

**IT IS HEREBY ORDERED** AND **ADJUDGED** that:

1. The Agreed Motion is **GRANTED**.

2. Debtor's response deadline to the City's *Motion for Withdrawal of Reference and Transfer Venue* [Docket No. 57] ("Withdrawal Motion") is extended to December 24, 2024.

24446203.v1

3. The City's reply deadline shall be extended to January 9, 2025 at which time the City shall file its designation of record.

*Joan A. Lloyd*
United States Bankruptcy Judge
Dated: December 12, 2024

Tendered By:

By: /s/ *April A. Wimberg*

April A. Wimberg
Ryne E. Tipton
DENTONS BINGHAM GREENBAUM LLP
3500 PNC Tower, 101 South Fifth Street
Louisville, Kentucky 40202
Telephone: (502) 587-3719
Email:  april.wimberg@dentons.com
        ryne.tipton@dentons.com

Barbara Parker, City Attorney (SBN 69722)
Maria S. Bee, Chief Asst City Attorney (SBN 167716)
Jamilah Jefferson, Supervising Deputy City Attorney (SBN 219027)
THE CITY OF OAKLAND
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3601
Email:  bparker@oaklandcityattorney.org
        mbee@oaklandcityattorney.org
        jjefferson@oaklandcityattorney.org

Monique D. Jewett-Brewster (SBN 217792)
HOPKINS & CARLEY, ALC
The Letitia Building
70 S First Street
San Jose, CA  95113-2406
Telephone:(408) 286-9800
Email:  mjb@hopkinscarley.com

2

24446203.v1

Danielle Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email:  dleonard@altshulerberzon.com

*Attorneys for Defendant,*
*City of Oakland*

And

/s/ *Andrew D. Stosberg*
Andrew D. Stosberg
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Suite 201
Louisville, Kentucky 40207
Telephone: (502) 625-2734
Email: astosberg@grayice.com

Robert M. Hirsh
NORTON ROSE FULBRIGHT US, LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3400
Email: Robert.hirsh@nortonrosefulbright.com

Barry W. Lee
MANATT PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, California 94111
Telephone: (415) 291-7450
Email: bwlee@manatt.com

Skyler M. Sanders
PARSONS BEHLE & LATIMER
36 Professional Plaza, Suite 200
Rexburg, Idaho 83440
Telephone: (208) 557-1953
Email: ssanders@parsonsbehle.com

*Counsel For Plaintiff,*
*Insight Terminal Solutions, LLC*

24446203.v1