UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Insight Terminal Solutions, LLC | ) | Case No. 19-32231 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |
| Insight Terminal Solutions, LLC | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| vs. | ) | AP No. 24-3007 |
| | ) | |
| City of Oakland | ) | |
| | ) | |
| Defendant(s) | | |

**O R D E R**

This matter came before the Court on January 28, 2025, before the Honorable Joan A. Lloyd for a Telephonic Hearing on Defendant's Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw Reference and Transfer Venue (Doc. #58) and the responses filed thereto. The Court having considered statements of counsel and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion for Stay of Adversary Proceeding Pending Resolution of Motion to Withdraw Reference and Transfer Venue (doc. #58) be, and hereby, is **DENIED**.

IT IS HEREBY FURTHER ORDERED that parties shall conduct discovery within **one hundred twenty (120) days from the date of this order.**

IT IS HEREBY FINALLY ORDERED that this matter is **CONTINUED** to a Telephonic Pretrial Conference on **March 27, 2025 at 12:00 (Noon) (Eastern time). Parties shall contact the Court by calling 1-855-244-8681 and use the Access Code 2315 920 2882.**

kg

                                                                                    _____
                                                                                    Joan A. Lloyd
                                                                                    United States Bankruptcy Judge
                                                                                         Dated:  January 29, 2025