## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>Insight Terminal<br>Solutions, LLC. v. City<br>of Oakland<br><br>Debtor(s) | Case No.:24−03007−jal<br><br>Chapter: 0<br>Judge: Joan A. Lloyd |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to CONTINUE the Telephonic hearing on 59 , so ORDERED by /s/ Judge LLOYD. Pre−Trial Conference scheduled on 5/12/2025 at 12:00 PM (Eastern time) by TELEPHONE. Parties to call in at 1−855−244−8681 and use the Access Code 2315 920 2882#. Parties are to use the prompt to bypass the attendee code. Parties are directed to put their call on mute until their case is called. cc: parties of record (KG)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 3/27/25

By: KG
Deputy Clerk

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court